IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KOLADE OLAOYE, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:12-CV-4873-M-BH |
| | § | |
| WELLS FARGO BANK NA, | § | |
| | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Defendant Wells Fargo Bank, N.A.'s Motion to Transfer*, filed December 20, 2012 (doc. 5), is **DENIED**, and its alternative *Rule 12(b)(6) Motion to Dismiss* for failure to state a claim is **GRANTED**. By separate judgment, Plaintiff's claims against Defendant will be dismissed with prejudice for failure to state a claim upon which relief can be granted.

SIGNED this 27th day of September, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS