IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KOLADE OLAOYE, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:12-CV-4873-M-BH |
| | § | |
| WELLS FARGO BANK NA, | § | |
| | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Defendant Wells Fargo Bank, N.A.'s Sealed Motion for Award of Attorneys' Fees and Brief in Support*, filed October 10, 2013 (doc. 22) is **GRANTED,** and it is awarded attorneys' fees in the amount of $5,184.80, and costs in the amount of $131.23.

SIGNED this 17th day of March, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS